UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

FRANCIS X. BERKEMEIER and
JANET G. BERKEMEIER,

    Plaintiff,

v.                                            Case No. 19-12132

CITY OF JACKSON, et al.,

    Defendants
_____/

**JUDGMENT**

In accordance with the court's September 22, 2022 "Opinion and Order Overruling Plaintiffs' Objections, Adopting the Magistrate Judge's Report and Recommendation, and Granting Defendants' Motion for Summary Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants City of Jackson, Jeromy Alexander, Patrick Burtch, Freddie Dancy, Derek Dobies, Mark Fish, Kelsey Heck, Elmer Hitt, Jennifer Morris, John O'Connor, Mark Porterfield, Craig Pappin, Arlene Robinson, Bethany Smith, Colleen Sullivan, Brian Taylor and against Plaintiffs Francis X. Berkemeier and Janet G. Berkemeier   Dated at Port Huron, Michigan, this 22nd day of September, 2022.

                                                KINIKIA ESSIX
                                                CLERK OF THE COURT


                                        BY: s/Lisa Wagner
                                              Lisa Wagner, Deputy Clerk
                                              and Case Manager to
                                              Judge Robert H. Cleland